# IN THE SUPREME COURT OF THE STATE OF NEVADA

SERENITY PROSPERITY,
INDIVIDUALLY,

Appellant,

vs.

JAMIE COMBS, INDIVIDUALLY,

Respondent.

No. 84907

FILED

AUG 04 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing appellant's amended complaint. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. It appears the notice of appeal was untimely filed. Notice of entry of the challenged order was served on appellant's counsel on February 2, 2022. However, appellant did not file the notice of appeal in the district court until June 17, 2022, well after expiration of the 30-day appeal period. *See* NRAP 4(a)(1). This court lacks jurisdiction to consider an untimely notice of appeal.[1] *Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 741 P.2d 432 (1987) (an

---

[1]It appears from the district court docket sheet that appellant moved the district court for an extension of time to file the notice of appeal. However, the district court lacks authority to extend the time to file a notice of appeal. *Walker v. Scully*, 99 Nev. 45, 46, 657 P.2d 94, 94 (1983).

22-24432

untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Jerry A. Wiese, District Judge
       Serenity Prosperity
       Dennett Winspear, LLP
       Eighth District Court Clerk